**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 22-7386**

―――――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CLYDE WAYNE ANDERSON, a/k/a Buck,

        Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:18-cr-00474-FL-1)

―――――――――――

Submitted:  August 29, 2023                                        Decided:  August 31, 2023

―――――――――――

Before KING, AGEE, and BENJAMIN, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Clyde Wayne Anderson, Appellant Pro Se.  Katharine Paige O'Hale, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Wayne Anderson appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's denial of Anderson's motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order.[*] *United States v. Anderson*, No. 5:18-cr-00474-FL-1 (E.D.N.C. Nov. 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We decline to address the issues Anderson raises for the first time on appeal regarding the validity of his career offender status and the health of his son's caretaker. *United States v. Herrera-Pagoada*, 14 F.4th 311, 318 (4th Cir. 2021).